IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TERI LEA EVENSON-CHILDS and DANIEL O'TOOLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAVALLI COUNTY SHERIFF'S OFFICE; RAVALLI COUNTY JUSTICE COURT; and 21ST JUDICIAL DISTRICT COURT, RAVALLI COUNTY,<br><br>Defendant. | CV 21-89-M-DLC-KLD<br><br>**ORDER** |

Plaintiff moves for the admission of Natasha Baker of Equal Justice Under Law to practice before this Court in this case with Constance Van Kley and Rylee Sommers- Flanagan to act as local counsel. Ms. Baker's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Natasha Baker pro hac vice is GRANTED on the condition that Ms. Baker shall do her own work. This means that Ms. Baker must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Baker, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 7th day of September, 2021.

Kathleen L. DeSoto
United States Magistrate Judge