Thomas J. Leonard
Christopher L. Decker
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
tleonard@boonekarlberg.com
cdecker@boonekarlberg.com
*Attorneys for Defendant District Court Judges*
*Howard F. Recht and Jennifer B. Lint*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TERI LEA EVENSON-CHILDS, DANIEL O'TOOLE, RICHARD CHURCHILL, and KEITH LEONARD, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>RAVALLI COUNTY; STEPHEN HOLTON, in his official capacity as RAVALLI COUNTY SHERIFF; JENNIFER RAY, in her official capacity as RAVALLI COUNTY JUSTICE OF THE PEACE; JIM BAILEY, in his official capacity as RAVALLI COUNTY JUSTICE OF THE PEACE; HOWARD RECHT, in his official capacity as DISTRICT JUDGE FOR THE 21ST JUDICIAL DISTRICT; and JENNIFER LINT, in her official capacity as DISTRICT JUDGE FOR THE 21ST JUDICIAL DISTRICT,<br><br>                    Defendants. | Cause No. CV 21-89-M-DLC-KLD<br><br>**DEFENDANT DISTRICT COURT JUDGES' MOTION TO DISMISS** |

Defendants Montana District Court Judges Howard F. Recht and Jennifer B. Lint (collectively, "Judges") move the Court to dismiss Plaintiffs' claims against them, pursuant to Rules 12(b)(1) and 12(b)(6), Federal Rules of Civil Procedure, for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.  This motion is supported by a brief filed contemporaneously herewith.

DATED this 16th day of December, 2021.

>	BOONE KARLBERG P.C.
>
>	/s/ Thomas J. Leonard
>	Thomas J. Leonard
>	*Attorneys for Defendant District Court*
>	*Judges Howard F. Recht and*
>	*Jennifer B. Lint*