| | |
|---|---|
| Phil Telfeyan | Constance Van Kley |
| Lily Milwit | Rylee Sommers-Flanagan |
| Equal Justice Under Law | Upper Seven Law |
| 400 7th St. NW, Suite 602 | P.O. Box 31 |
| Washington, D.C. 20004 | Helena, MT 59624 |
| (202) 505-2058 | (406) 306-0330 |
| ptelfeyan@equaljusticeunderlaw.org | constance@uppersevenlaw.com |
| lmilwit@equaljusticeunderlaw.org | rylee@uppersevenlaw.com |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TERI LEA EVENSON-CHILDS, DANIEL O'TOOLE, RICHARD CHURCHILL, and KEITH LEONARD, individually and on behalf of all others similarly situated, | CV-21-89-M-DLC-KLD |
| Plaintiffs, | NOTICE OF SUBSTITUTION OF COUNSEL and ENTRY OF APPEARANCE |
| v. | |
| RAVALLI COUNTY, | |
| Defendant. | |

Pursuant to D. Montana LR 83.3(a) the undersigned hereby notify this Court of the substitution of attorney Timothy Bechtold for attorneys Constance Van Kley and Rylee Sommers-Flanagan as counsel of record for Plaintiffs in this action. In support of this Notice, the undersigned attest as follows:

1. Mr. Bechtold is a member of the Montana Bar and is admitted to practice law in the U.S. District Court for the District of Montana.

2. In addition to Mr. Bechtold, attorneys Phil Telfeyan and Lily Milwit from Equal Justice Under Law continue to represent the Plaintiffs in this matter.

3. Therefore, this substitution of counsel will in no way prejudice any party or delay this litigation.

4. Mr. Bechtold consents to be local counsel in this matter for co-counsel admitted pro hac vice. He will be available for communications regarding the conduct of this case from this Court and opposing counsel, agrees to accept service of papers related to this cause, and will participate actively in all phases of the case consistent with Local Rule 83.1(d)(6). Mr. Bechtold understands that pro hac vice counsel agree to do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally.

5. Mr. Bechtold notifies the Court and parties of his appearance in this matter, and provides the following contact information:

Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Respectfully submitted October 6, 2023,

/s/Timothy Bechtold
Bechtold Law Firm PLLC
PO Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

/s/Constance Van Kley
/s/Rylee Sommers-Flanagan
Upper Seven Law
PO Box 31
Helena, MT 59624
406-306-0330
rylee@uppersevenlaw.com


/s/Phil Telfeyan
Lily Milwit
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org
lmilwit@equaljusticeunderlaw.org

*Attorneys for Plaintiffs*