IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TERI LEA EVENSON-CHILDS, and DANIEL O'TOOLE, RICHARD CHURCHILL, and KEITH LEONARD, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>RAVALLI COUNTY,<br><br>            Defendant. | CV 21-89-M-DLC-KLD<br><br>**ORDER** |

Plaintiffs move for the admission of Lily Milwit of Equal Justice Under Law to practice before this Court in this case with Timothy Bechtold to act as local counsel. Ms. Milwit's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Lily Milwit pro hac vice is GRANTED on the condition that Ms. Milwit shall do her own work. This means that Ms. Milwit must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Milwit, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 10th day of October, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge