| | |
|---|---|
| Phil Telfeyan | Timothy M. Bechtold |
| Lily Milwit | Bechtold Law Firm, PLLC |
| Equal Justice Under Law | P.O. Box 7051 |
| 400 7th St. NW, Suite 602 | Missoula, MT 59807 |
| Washington, D.C. 20004 | (406) 721-1435 |
| (202) 505-2058 | tim@bechtoldlaw.net |
| ptelfeyan@equaljusticeunderlaw.org | |
| lmilwit@equaljusticeunderlaw.org | |
| *Attorneys for Plaintiffs* | |

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

_____

| | |
|---|---|
| TERI LEA EVENSON-CHILDS, DANIEL O'TOOLE, RICHARD CHURCHILL, and KEITH LEONARD, individually and on behalf of all others similarly situated, | Case. No. 9:21-cv-89-DLC-KLD |
| Plaintiffs, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| RAVALLI COUNTY, | |
| Defendant. | |

_____

### NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to D. Montana Local Rule 83.3(a) the undersigned hereby notifies this Court of the substitution of attorney Lily Milwit for attorney Natasha Baker as counsel of record for Plaintiffs in this action. In support of this Notice, the undersigned attest as follows:

1. Ms. Baker's employment with Equal Justice Under Law concluded on September 22, 2023.

2. Ms. Milwit is a staff attorney with Equal Justice Under Law.

3. This Court granted Plaintiff's motion to admit Lily Milwit *pro hac vice* (ECF 88) on October 10, 2023.

4. In addition to Ms. Milwit, attorney Phil Telfeyan from Equal Justice Under Law and local counsel Timothy Bechtold continue to represent the Plaintiffs in this matter.

5. Therefore, this substitution of counsel will in no way prejudice any party or delay this litigation.

Dated: October 10, 2023          Respectfully submitted,

*/s/ Lily Milwit*
Lily Milwit
Phil Telfeyan
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
lmilwit@equaljusticeunderlaw.org

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on October 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered counsel.

*/s/ Lily Milwit*
Lily Milwit
Counsel for Plaintiffs