IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TERI LEA EVENSON-CHILDS, DANIEL O'TOOLE, RICHARD CHURCHILL, and KEITH LEONARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RAVALLI COUNTY,<br><br>Defendant. | CV 23–89–M–DLC-KLD<br><br><br>ORDER |

Before the Court is Plaintiffs' Unopposed Motion for Voluntary Dismissal of Class Representative Teri Evenson-Childs. (Doc. 91.) Plaintiff Evenson-Childs was appointed as one of four class representatives on March 21, 2023. (Doc. 79.) Plaintiff Evenson-Childs has not fully participated in the discovery process and is not able to proceed as a named plaintiff. (Doc. 91 at 2.) Plaintiffs argue a dismissal of Evenson-Childs as a class representative is proper pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure because three other plaintiffs will remain as class representatives, and Plaintiff Evenson-Childs's withdrawal from class representation will not have an adverse effect on the representation of the class. (*Id.*) Defendant does not oppose. (*Id.*)

1

Rule 41(a)(2) allows a court to dismiss an action at the plaintiff's request unless a defendant shows it will suffer legal prejudice as a result. *Waller v. Financial Corp. of America*, 828 F.2d 579, 583 (9th Cir. 1987). Considering Defendant's lack of opposition, and for good cause shown, the Court finds that dismissal as to Plaintiff Evenson-Childs's class representation is proper.

Accordingly, IT IS ORDERED that the motion (Doc. 91) is GRANTED. Plaintiff Evenson-Childs shall no longer serves as a class representative in this action. Plaintiff Evenson-Childs will remain a member of the class and will be bound by any decree of settlement in this action.

DATED this 20th day of November, 2023.

_____
Dana L. Christensen, District Judge
United States District Court