IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL O'TOOLE, RICHARD CHURCHILL, and KEITH LEONARD, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>RAVALLI COUNTY,<br><br>        Defendant. | CV 21–89–M–DLC-KLD<br><br><br>ORDER |

Before the Court is Plaintiffs' Unopposed Motion for Voluntary Dismissal of Plaintiff Teri Evenson-Childs. (Doc. 93.) Plaintiffs argue a dismissal of Evenson-Childs as a plaintiff is proper because she does not wish to continue in the litigation. (*Id.* at 1.) Defendant does not oppose. (*Id.* at 2.)

Considering Defendant's lack of opposition, and for good cause shown, the Court finds that dismissal as to Plaintiff Evenson-Childs is proper.

Accordingly, IT IS ORDERED that the motion (Doc. 93) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff Evenson-Childs's claims are DISMISSED with prejudice.

1

DATED this 28th day of November, 2023.

_____
Dana L. Christensen, District Judge
United States District Court