IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL O'TOOLE, RICHARD CHURCHILL, and KEITH LEONARD, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RAVALLI COUNTY,<br>    Defendant. | CV 21–89–M–DLC<br><br><br>ORDER |

      Plaintiffs have moved for the admission of attorney Caroline McCance of Equal Justice Under Law, pro hac vice, in the above-captioned matter. (Doc. 162.) It appears that Timothy M. Bechtold of Bechtold Law Firm, PPLC will serve as local counsel in this matter. (*Id.* at 1.) Ms. McCance's application (Doc. 162-1) complies with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d).

      Accordingly, IT IS ORDERED that the motion (Doc. 162) is GRANTED on the condition that Ms. McCance does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms.McCance shall take steps to register in the Court's

1

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. McCance files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 23rd day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court