UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL O'TOOLE, RICHARD CHURCHILL, and KEITH LEONARD, individually and on behalf of all others similarly situated, | CV 21-89-M-DLC |
| Plaintiffs, | ORDER |
| vs. | |
| RAVALLI COUNTY, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED this 11th day of March, 2026.

Dana L. Christensen, District Judge
United States District Court