UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Daniel O'Toole, Richard Churchill, and Keith Leonard, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Ravelli County,<br><br>Defendant. | Case No. CV-21-89-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

☒  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the returned jury verdict on March 12, 2026, Judgment is entered in favor of the Defendant.

Dated this 16th day of March, 2026

TYLER P. GILMAN, CLERK


By:    /s/ Heidi Gauthier
       Deputy Clerk